# Peoples Savings Bank & Trust Co., *v.* Lacy.

*Money Had and Received.*

(Decided Feb. 17, 1906.  40 So. Rep. 346.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES W. FERGUSON.
W. K. TERRY, for appellant.
WARD & DRENNEN, for appellee.
Affirmed.
Opinion by HARÁLSON, J.

DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., concur.

---

# Baker *v.* Jackson, *et al.*

*Ejectment.*

(Decided Feb. 17, 1906.  40 So. Rep. 348.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES W. FERGUSON.
JOHN W. CHAMBLEE, for appellant.
A. C. and H. R. HOWZE, for appellee.
Affirmed.
Opinion by ANDERSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

---

# Murray, *et al v.* Barnes, *et al.*

*Bill to Enjoin Ejectment.*

(Decided Feb. 8, 1906.  40 So. Rep. 348.)

APPEAL from Mobile Chancery Court.
Heard before Hon. THOMAS H. SMITH.
PETER J. HAMILTON, for appellant.
GREGORY L. and H. T. SMITH and PHARES COLEMAN, for appellee.
Affirmed.
Opinion by TYSON, J.

HARALSON, SIMPSON, ANDERSON and DENSON, JJ., concur.